**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| CLARICE BIAMUNGU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.   3:19-cv-45-RGJ |
| | : | |
| ROGER DAVIDSON and | : | |
| TRINITY INDUSTRIES, | : | |
| | : | |
| Defendants. | : | |

TO:    CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
KENTUCKY

### NOTICE OF REMOVAL

Defendants, Roger Davidson and Trinity Industries, Inc. ("Trinity Industries"), by and
through the undersigned counsel, hereby give notice of the removal of the case styled *Biamungu
v. Davidson et al.*, filed in the Bullitt Circuit Court (Case No. 18-CI-01245) to the United States
District Court for the Western District of Kentucky.   In support thereof, Defendants state as
follows:

### INTRODUCTION

1.      Defendants file this notice to remove this action to this Court on grounds of
diversity of citizenship, pursuant to 28 U.S.C. §1332.  All prerequisites for the removal have been
satisfied.

### THE CASE

2.      On or about December 21, 2018, Plaintiff Clarice Biamungu filed suit in the
Circuit Court of Bullitt County Kentucky against the Defendants, in a case captioned *Biamungu*

*v. Davidson et al.*, Civil Action No. 18-CI-01245 (the "State Action"). The Complaint and

Summons received by Trinity Industries in the State Action are attached hereto as Exhibit 1.

3.      The Complaint alleges negligence on the part of the Defendants.

GROUNDS FOR REMOVAL

4.      This Court has original jurisdiction over a civil action involving diversity of

citizenship.  28 U.S.C. § 1332.

5.      Plaintiff is a resident of Louisville, Kentucky.

6.      Defendant Roger Davidson is a resident of Ohio.

7.      Defendant Trinity Industries is incorporated in Delaware and has a principal place

of business in Texas.

8.      Roger Davidson and Trinity Industries are the only defendants in this action.

9.      There is therefore complete diversity of citizenship between the Plaintiff and all

Defendants, as required by 28 U.S.C.§ 1332(a)(1).

10.     Plaintiff alleges that Defendants negligently caused a traffic accident on January

13, 2018, which caused damage to the Plaintiff in the form of "severe and permanent personal

injuries, . . . medical bills and expenses, . . . transportation expenses, . . . mental and physical pain

and suffering, . . . and permanent impairment to her ability to labor and earn money."  (Ex. 1, ¶ 5).

Based on these allegations in the Complaint, the amount in controversy exceeds $75,000, exclusive

of interest and costs.

11.     This Court has original subject matter jurisdiction over the issues raised in the State

Action and would have had original jurisdiction had those issues been raised by filing suit in this

Court.  28 U.S.C. § 1332.

12.     Removal to this Court is proper under 28 U.S.C. § 1441 because all necessary

prerequisites for federal subject matter jurisdiction are met.

<u>TIMELINESS OF REMOVAL</u>

13.     On January 2, 2019, Defendant Trinity Industries was served at a business address with the state court lawsuit by certified mail.  A copy of the notice of service of process from the Summons Division of the Kentucky Secretary of State is attached hereto as <u>Exhibit 2</u>.

14.     Defendant Roger Davidson has not yet been served with a complaint and summons, but he has voluntarily appeared in this action and waived formal service of process as of this filing.

15.     Under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely because it is being filed within 30 days after the receipt by the Defendants of a copy of the initial pleading setting forth the claim for relief upon which the action is based.

<u>PROCESS, PLEADINGS, AND ORDERS FROM STATE COURT</u>

16.     Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, and orders served upon the Defendants in the State Action are attached to this Notice of Removal as Exhibits 1 and 2.

<u>NOTICE TO ADVERSE PARTIES AND STATE COURT</u>

17.     Pursuant to 28 U.S.C. § 1446(d), Defendant will serve a copy of this notice and this filing to the Plaintiff and will file a copy of this notice with the Clerk of the Bullitt Circuit Court promptly after the filing of this Notice to the Court.


WHEREFORE, NOTICE is hereby given that the State Action from the Bullitt Circuit Court at Case No. 18-CI-01245 is hereby removed from that court and to the United States District Court for the Western District of Kentucky.

Respectfully submitted,


*/s/ David Kaplan*
DAVID KAPLAN
ANDREA N. AIKIN
Kaplan, Johnson, Abate & Bird LLP
710 West Main Street, 4th Floor
Louisville, KY  40202
(502) 416-1631 -- phone
(502) 540-8282 -- facsimile
dkaplan@kaplanjohnsonlaw.com
aaikin@kaplanjohnsonlaw.com

COUNSEL FOR DEFENDANTS




CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2019, I caused to be served a copy of the foregoing Notice of Removal along with the exhibits thereto, by U.S. Mail, First Class postage prepaid on Plaintiff's counsel:

Kenneth H. Baker
1500 Kentucky Home Life Building
239 South Fifth Street
Louisville, KY  40202


*/s/ David Kaplan*
COUNSEL FOR DEFENDANTS