# EXHIBIT 1

| AOC-105 Doc. Code: CI | | Case No. 18CI01245 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court ✓ Circuit ☐ District County Bullitt |

**PLAINTIFF**

Clarice Biamungu
4504 Unseld Blvd.

Louisville    Kentucky    40218

VS.

**DEFENDANT**

Trinity Industries
190 NE Old Grassdale Road

Cartersville    Georgia    30121

RECEIVED DEC 21 2018 SECRETARY OF STATE

**Service of Process Agent for Defendant:**
Kentucky Secretary of State
700 Capital Ave. #152

Frankfort    Kentucky    40601

**THE COMMONWEALTH OF KENTUCKY TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 12/14, 2018

PAULITA A. KEITH _____ Clerk
By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____
_____ Title

NO. 18CI1245            BULLITT CIRCUIT COURT

FILED ATTESTED
2018 DEC 14 AM 9:57
BULLITT CIRCUIT CLERK

CLARICE BIAMUNGU            PLAINTIFF
4504 Unseld Blvd.
Louisville, KY 40218

v.            **COMPLAINT**

ROGER DAVIDSON            DEFENDANTS
1000 Briarwood Road
Mansfield, OH 44907

       Serve: Kentucky Secretary of State
             700 Capitol Avenue #152
             Frankfort, KY 40601

and

TRINITY INDUSTRIES
190 NE Old Grassdale Road
Cartersville, GA 30121

       Serve: Kentucky Secretary of State
             700 Capitol Avenue #152
             Frankfort, KY 40601

\* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Clarice Biamungu, by counsel, and for her cause of action against the Defendants, Roger Davidson and Trinity Industries, states as follows:

1. That on or about January 13, 2018, on Interstate 65 South, at or near milepoint 116.678, Shepherdsville, Bullitt County, Kentucky, Defendant, ROGER DAVIDSON, operated his vehicle in such a careless and negligent manner as to cause a collision with the vehicle that Plaintiff, CLARICE BIAMUNGU, was driving.

2. That the Defendant, TRINITY INDUSTRIES, is a corporation doing business in the State of Kentucky, who owned the vehicle operated by ROGER DAVIDSON on January 13, 2018.

3. That on January 13, 2018, ROGER DAVIDSON, was acting within the scope and course of his employment as an employee and/or agent of the Defendant, TRINITY INDUSTRIES.

4. That the negligence and carelessness of ROGER DAVIDSON were substantial factors in causing the Plaintiff CLARICE BIAMUNGU, to incur serious personal injury and the legal damages which are hereinafter claimed.

5. That as a result of the negligence and carelessness of Defendant ROGER DAVIDSON, the Plaintiff was caused to sustain severe and permanent personal injuries, to incur medical bills and expenses, to incur transportation expenses in connection with medical treatment, and to endure mental and physical pain and suffering, both in the past and in the future, and permanent impairment to her ability to labor and earn money.

6. That the Defendant, TRINITY INDUSTRIES, negligently hired, trained, and retained ROGER DAVIDSON as an operator of its vehicle.

7. That the Defendant, TRINITY INDUSTRIES, is liable to the Plaintiff for the aforesaid negligence of ROGER DAVIDSON by reason of the agency and/or employee relationship existing between ROGER DAVIDSON and TRINITY INDUSTRIES, at the time of the collision.

8. That this Court has jurisdiction has personal jurisdiction over non-resident Defendants pursuant to KRS 454.210.

9. That the amount claimed exceeds the minimum jurisdiction of the Bullitt Circuit Court.

WHEREFORE, the Plaintiff, CLARICE BIAMUNGU, demands:

1. Judgment against the Defendants, ROGER DAVIDSON and TRINITY INDUSTRIES for compensatory damages;

2. Trial by jury;

3. For all her attorney's fees and costs of this Action;

4. For all other proper relief to which she may be entitled.

*/s/ Kenneth H. Baker*
KENNETH H. BAKER
1500 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
(502) 583-7669
*Attorney for Plaintiff*