## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| CLARICE BIAMUNGU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:19-CV-45-RGJ |
| | : | |
| ROGER DAVIDSON and | : | |
| TRINITY INDUSTRIES, | : | |
| | : | |
| Defendants. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Clarice Biamungu and Defendants Roger Davidson and Trinity Industries, by and through their undersigned counsel, give notice that the parties have resolved the instant dispute to the mutual satisfaction of all parties. Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate and agree to dismissal of this action with prejudice. The parties have further agreed that each party shall bear its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrea N. Aikin* | /s/ *Kenneth H. Baker* (with permission) |
| DAVID KAPLAN | KENNETH H. BAKER |
| ANDREA N. AIKIN | Baker Law Firm |
| Kaplan, Johnson, Abate & Bird LLP | 1500 Kentucky Home Life Building |
| 710 West Main Street, 4th Floor | 239 South Fifth Street |
| Louisville, KY  40202 | Louisville, KY 40202 |
| (502) 416-1631 – phone | (502) 583-7669 |
| (502) 540-8282 – facsimile | khbakerlaw1500@aol.com |
| dkaplan@kaplanjohnsonlaw.com | COUNSEL FOR PLAINTIFF |
| aaikin@kaplanjohnsonlaw.com | |
| COUNSEL FOR DEFENDANTS | |